# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

SAMUEL LEWIS THOMAS
ADC #160799                                                              PLAINTIFF

v.                              No. 2:19-cv-29-DPM

BOBBY MAYES, Sheriff, St. Francis
County; and DOE, Head of Jail                                           DEFENDANTS

## ORDER

On *de novo* review, the Court adopts Magistrate Judge Volpe's recommendation, № 9, and overrules Thomas's objections, № 10. FED. R. CIV. P. 72(b)(3). The legal problem for Thomas is who he's suing: He is clear that he's suing Mayes and the Doe Defendant in their official capacities. Thomas has made no clear claim against either in their individual capacities. And once the case goes down this fork in the road, Thomas's claims fail. The second amended complaint will therefore be dismissed without prejudice. This dismissal counts as a "strike" for purposes of 28 U.S.C. § 1915(g). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*DP Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

9 May 2019