IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

SAMUEL LEWIS THOMAS
ADC #160799                                                              PLAINTIFF

v.                              No. 2:19-cv-29-DPM

BOBBY MAYES, Sheriff, St. Francis
County;   and DOE, Head of Jail                                      DEFENDANTS

## JUDGMENT

The second amended complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

9 May 2019